**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZALE BLACKWELL and CELESTE KARCH,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; AUBURN CHEVROLET, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00497-DJC-AC<br><br>*Honorable Daniel J. Calabretta*<br><br>**ORDER DISMISSING FRAUD AND UCL CLAIMS (CAL. BUS. & PROF. CODE § 17200)**<br><br>Complaint Filed:  November 15, 2023<br>Removed:  February 16, 2024<br><br>Trial Date:  Not Set |

On March 5, 2024, Zale Blackwell and Celeste Karch ("Plaintiffs") and General Motors LLC and Universal Auto Group II, Inc. dba Auburn Chevrolet (together, "GM"), by and through their counsel of record, filed a Stipulation to Dismiss Fraud and UCL Claims (Cal. Bus. & Prof. Code § 17200) ("Stipulation").  Specifically, the Parties stipulated to dismiss with prejudice Plaintiffs' Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code §17200 ("UCL").

////

////

////

////

1    Based on the foregoing, the Court, therefore, ORDERS that Plaintiffs' Fourth and Fifth

2  Causes of Action, respectively for Fraud and UCL are dismissed with prejudice.  Further, the Court

3  DENIES Defendant's Motion to Dismiss, ECF No. 9, as moot.  Accordingly, the motion hearing set

4  for April 11, 2024 is VACATED.

5    **IT IS SO ORDERED.**

6

7  Dated:  March 6, 2024                                  /s/ Daniel J. Calabretta

8                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING FRAUD AND UCL CLAIMS